IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY,
CAMDEN VICINAGE

| | |
|---|---|
| **WILLIAM HENRY KENNEDY**, *pro se* <br><br> *Plaintiff* <br><br> *vs.* <br><br> **NEW JERSEY UNEMPLOYMENT INSURANCE** <br><br> *Defendant.* | U.S.D.J. <br> Civil Action <br><br> Case Number: <br><br> VERIFIED COMPLAINT, <br> DECLARITORY JUDGEMENT <br> JURY DEMAND |

**(ELECTRNICLALY FILED ON JANUARY 19, 2024)**

### NATURE OF COMPLAINT

1. Plaintiff "William Henry Kennedy" states and declares UNDER PENALTY OF PERJURY by this complaint that:

2. Plaintiff was eligible for continued unemployment during the pandemic under the CARES ACT for which he fully qualified.

3. Plaintiff attempted to contact the Defendant, the New Jersey Department of Unemployment at the beginning of the PANDEMIC but due to the high volume of phone calls he was unable to reach them due to their system not being able to handle such a high volume of phone calls (well documented).

4. Plaintiff eventually contacted the defendant and explained this but they failed to correct the issue repeatedly.

5. The last point of contact was two months ago by mail in pursuit to a telephone conversation with an agent of Defendant who confirmed that he indeed was entitled to 4-5 added weeks of unemployment plus federal matching funds ($709 per week) and could be reimbursed the about owed by formal request (again).

6. Enough time has elapsed since the plaintiff contacted the defendant to refund the CARES ACT funds.

## **EXPIDITED DISCOVERY**

7. Plaintiff's mother, 91, was recently injured, broke her leg and upper teeth and needs as much help from the plaintiff as possible. There is not much discovery to do with this pleading. The needs of the plaintiff mustard the court to please expedite the discovery.

## **JURISDCTION AND VENUE**

8. Jurisdiction is proper in that all the founding action happened in this district.

9. Venue is proper under the 14th Amendment of the Constitution "state equal protection clause". And it is a federal program.

## **PRAYER FOR RELIEF**

10. Plaintiff respectfully requests declaratory judgement that he qualified for extended under the CARES ACT and could not get through due to the high volume of calls in the beginning of the PANDEMIC and was unable to get benefits from the date to which he is entitled.

11. All costs, fees, damages and compensatory relief arising from this complaint and anything this court deems lawful and just.

12. Under 28 U.S. Code § 1746, "I declare or certify, verify, or state under penalty of perjury under the laws of the United States of America that the foregoing **is true and correct.**

Respectfully submitted,

William Henry Kennedy

To:

Defendant address

 Division of Unemployment Insurance, Customer Service Office
**New Jersey Department of Labor
PO Box 058
Trenton, NJ 08625-0058**



# Application Confirmation

**Claimant ID**
003392855

**Email**

**Current Date**
07/22/2020